IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ELAINE MANIKAS,**

    Plaintiff,

vs.                                                 CASE NO. 5:05cv40-SPM/AK

**JO ANNE BARNHART,**
**Commissioner of Social Security,**

    Defendant.

_____/

## ORDER OF DISMISSAL

Presently before the Court is Plaintiff Motion to voluntarily dismiss her complaint. (Doc. 6). Having considered said motion and being advised that Defendant is unopposed, the Court is of the opinion that it should be **GRANTED**, and this cause **DISMISSED**.

**DONE AND ORDERED** at Gainesville, Florida, this **7th** day of July, 2005.

                                                s/ A. KORNBLUM
                                                **ALLAN KORNBLUM**
                                                **UNITED STATES MAGISTRATE JUDGE**